# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

133802

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JO ANN COOPER-REID,
        Plaintiff-Appellee,

v

                                      SC: 133802
                                      COA: 269254
STATE OF MICHIGAN THIRD JUDICIAL    Wayne CC: 02-229903-CZ
CIRCUIT,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007                                    _____
                                                      Clerk

t1128